EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2018 TSPR 189<br><br>201 DPR ____ |

Número del Caso: EC-2016-01-B

Fecha: 21 de noviembre de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Comisión para el Estudio y
Evaluación de la Función      EC-2016-01-B
Notarial en Puerto Rico


RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de noviembre de 2018.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), con la encomienda de actualizar las recomendaciones contenidas en el *Informe de la Comisión para el Estudio y Evaluación de la Función Notarial de 2010*. In re Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico, EC-2016-01, Resolución de 14 de diciembre de 2016, 197 DPR 1 (2016).

Tras la interrupción de los trabajos provocada por los huracanes Irma y María, y su efecto sobre el calendario trazado, el 22 de noviembre de 2017 la Comisión Notarial presentó una moción solicitando la extensión del término originalmente concedido. Mediante Resolución de 29 de diciembre de 2017, le concedimos la extensión solicitada.

Luego de otros trámites procesales, el pasado 9 de noviembre de 2018, la Comisión Notarial -por conducto de su Presidente y de la Directora del Secretariado de la Conferencia Judicial y Notarial (Secretariado)- compareció mediante una *Moción de Extensión del Término para el Cumplimiento de Encomienda*. Allí, desglosó el progreso de los trabajos

realizados en concordancia con el calendario aprobado por este Honorable Tribunal. De igual modo, planteó la necesidad de ampliar el alcance de su investigación jurídica para fundamentar una serie de enmiendas propuestas al ordenamiento notarial vigente. Con miras a concluir la formulación de varias propuestas novedosas, contar con el apoyo jurídico y técnico del Secretariado en la producción del informe actualizado y lograr su presentación oportuna ante este Tribunal, la Comisión Notarial solicitó un término adicional para culminar su encomienda.

Examinada la petición presentada, y en consideración a la complejidad y amplitud de la encomienda delegada a la Comisión Notarial, así como los asuntos jurídicos bajo estudio y evaluación del Secretariado, otorgamos una extensión al término originalmente provisto hasta el 30 de abril de 2019.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros de la Comisión Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                   José Ignacio Campos Pérez
                                 Secretario del Tribunal Supremo